**STATE v. WARREN**

[368 N.C. 756 (2016)]

STATE OF NORTH CAROLINA
v.
CHARLES DIONE WARREN

No. 312A15

Filed 18 March 2016

Appeal pursuant to N.C.G.S. § 7A-30(2) from the decision of a divided panel of the Court of Appeals, ___ N.C. App. ___, 775 S.E.2d 362 (2015), affirming an order entered on 3 September 2014 and a judgment entered on 3 July 2014, both by Judge Richard T. Brown in Superior Court, Johnston County. Heard in the Supreme Court on 16 February 2016.

*Roy Cooper, Attorney General, by Teresa M. Postell, Assistant Attorney General, for the State.*

*Bryan E. Gates, Jr. and John J. Korzen for defendant-appellant.*

PER CURIAM.

AFFIRMED.